# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SIERRA CLUB, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 02-0258-CG-C |
| | ) |
| **GALE NORTON, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT

In accordance with the court's order entered by separate order this date, it is hereby

**ORDERED, ADJUDGED, and DECREED** that this case is **DISMISSED WITHOUT PREJUDICE.**

**DONE and ORDERED** this 21st day of March, 2007.

                                      /s/ Callie V. S. Granade
                                      CHIEF UNITED STATES DISTRICT JUDGE